IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID F. KELLY BEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1241 |
| v. | : | |
| | : | (Judge Rambo) |
| **WILLIAM BECHTOLD, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 29th day of August 2022, upon consideration of Defendant David Kneal, Jr., DMD ("Defendant Kneal")'s motion for summary judgment, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Kneal's motion (Doc. No. 75) is **GRANTED**;

2. The Clerk of Court shall enter judgment in favor of Defendant Kneal and against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
